```
                           United States Bankruptcy Court
                               District of Maryland
In re:                                                         Case No. 19-19347-NVA
Rhonda Phrampus                                                Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: tmeany              Page 1 of 2            Date Rcvd: Oct 16, 2019
                              Form ID: 318              Total Noticed: 20
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db             +Rhonda Phrampus,    239 Kirk Road,    Elkton, MD 21921-3337
31137301       +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
31137321       +Cecil County Treasurer,    200 Chesapeake Blvd., Suite 1100,    Elkton, MD 21921-6652
31137323       +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
                 Baltimore, MD 21201-2305
31137311       +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
31137314        Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
31137317       +Robert Ruh,    239 Kirk Road,    Elkton, MD 21921-3337
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: RMSC.COM Oct 17 2019 00:28:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
31137300       +E-mail/Text: bankruptcygroup@apgfcu.com Oct 16 2019 20:36:59        APG Federal Credit Union,
                 Attn: Bankruptcy,    Po Box 1176,   Aberdeen, MD 21001-6176
31137298        E-mail/Text: bankruptcygroup@apgfcu.com Oct 16 2019 20:36:59        Aberdeen Proving Ground FCU,
                 PO Box 1176,    Aberdeen, MD 21001-6176
31137299       +E-mail/Text: kristin.villneauve@allianceoneinc.com Oct 16 2019 20:35:39
                 Alliance One Receivables Management, Inc,    4850 Street Road,    Suite 300,
                 Feasterville Trevose, PA 19053-6643
31137302       +EDI: TSYS2.COM Oct 17 2019 00:28:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
31137303        E-mail/Text: cms-bk@cms-collect.com Oct 16 2019 20:37:17        Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
31137304       +EDI: CAPITALONE.COM Oct 17 2019 00:28:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
31137307       +EDI: CHASE.COM Oct 17 2019 00:28:00      Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,
                 Wilmington, DE 19850-5298
31137310       +EDI: MID8.COM Oct 17 2019 00:28:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
31137316        EDI: PRA.COM Oct 17 2019 00:28:00      Portfolio Recovery Associates,    120 Corporate Blvd.,
                 Norfolk, VA 23502
31137322       +E-mail/Text: UIBankruptcyNotices.DLLR@maryland.gov Oct 16 2019 20:38:40
                 State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                 Baltimore, MD 21201-2225
31137318       +EDI: RMSC.COM Oct 17 2019 00:28:00      Syncb Bank/American Eagle,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
31137319       +EDI: RMSC.COM Oct 17 2019 00:28:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
31137305*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
31137306*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
31137308*      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
31137309*      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
31137312*      +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
31137313*      +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
31137315*       Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
                                                                                          TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0416-1          User: tmeany              Page 2 of 2            Date Rcvd: Oct 16, 2019
                              Form ID: 318              Total Noticed: 20
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Marc H. Baer    mbaer@waldmangrossfeld.com,  md09@ecfcbis.com
              Uriel   Stern    ustern@powerhouselaw.com,  uriel.m.stern@gmail.com,jworley@powerhouselaw.com,
                 sternur86025@notify.bestcase.com
                                                                                            TOTAL: 2
```

Entered: October 16, 2019
Signed: October 16, 2019

**SO ORDERED**



*Nancy V. Alquist*
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

| **Information to identify the case:** | |
|---|---|
| Debtor 1   **Rhonda Phrampus** <br>        First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6956** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) <br>        First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Maryland** | |
| Case number:   **19–19347 NVA**    Chapter:   **7** | |

### Order of Discharge      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

     Rhonda Phrampus

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**